The City of New York, Appellant, v. Marion C. Hall and Harrington J. Humphrey, as Administrators, etc., of Joseph H. Hall, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. (Laughlin, J., dissented.)

Abner J. Haydel, Respondent, v. Charles A. Gould, Appellant.— Order appealed from affirmed, with ten dollars costs and disbursements. No opinion.

Nelda M. Talley, Respondent, v. Robert P. Talley, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Colwell Lead Company, Respondent, v. Louis Black and Hyman Black, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

William M. Keepers, Respondent, v. M. Hartley Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Mary Gorlitzer, Appellant, v. Betty Wolffberg, as Administratrix, etc., of Solomon Wolffberg, Deceased, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

In the Matter of the Application for Ancillary Letters Testamentary on the Last Will and Testament of Emma R. Frost, Late of the County of Bergen, State of New Jersey, Deceased. Blanche S. Jury, Appellant; Alexander M. Hudnut, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Blanche S. Jury, Appellant, v. Emma R. Frost, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Habeeb Bahouth, Respondent, v. Nasif Mizrani, Impleaded with Benjamin Patterson, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York ex rel. Robert Hawkes, Respondent, v. William Prendergast, as Comptroller of the City of New York, and John Timmerman, Paymaster of the City of New York, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion.

Charles Biele, Appellant, v. Mary Louise Naething, as Committee of the Person and Property of Charles F. Naething, Respondent, Impleaded with Charles F. Naething.— Order affirmed, with ten dollars costs and disbursements. No opinion.

The People of the State of New York v. Selig Levine.— Motion granted unless appellant complies with terms stated in order.

Abraham Levine v. Diamond Drill Carbon Company. Equitable Trust Company v. Samuel H. Moss. Jacob Levy v. Samuel Engle. — Motions granted, with ten dollars costs, unless appellants comply with terms stated in order.